391 P.2d 836

George S. HLOZANSKY, Petitioner,

v.

Harold A. COX, Warden of the Penitentiary of New Mexico, Respondent.

**No. 59 HC.**

Supreme Court of New Mexico.

April 29, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the Motion for order of final judgment and for order to show cause be and the same is hereby denied.

391 P.2d 836

Truett N. THOMAS, Petitioner,

v.

The STATE of New Mexico, Respondent.

**No. 63 HC.**

Supreme Court of New Mexico.

April 29, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be, and the same is hereby granted and the motion for writ of mandamus be and the same is hereby denied as premature.